■ In the Matter of FRANKIE B. QUARLES, Appellant, v SHARON A. QUARLES, Respondent. [751 NYS2d 905] —Appeal from an order of Family Court, Onondaga County (Hood, J.), entered August 29, 2001, which denied petitioner's objections to the order of the Hearing Examiner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Family Court, Onondaga County, Hood, J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Burns and Lawton, JJ.